IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:06-CR-150 |
| | ) | (VARLAN/GUYTON) |
| V. | ) | |
| | ) | |
| WILLIAM ALFRED LITTLEJOHN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Littlejohn's Motion To Extend Motion Cut-Off Deadline [Doc. 10], filed on January 4, 2007. Defendant requests that his January 4, 2007 motion cut-off deadline be extended fourteen (14) days to January 18, 2007. He states that defense counsel has not been able to complete his investigation into the circumstances of this case at this time and cannot yet fully advise Defendant regarding the filing of motions in this case. Additionally, counsel for Defendant states that on or about December 21, 2006, he received a cassette tape and other discovery related to the case which counsel must review with Defendant. Counsel further relates that the government has no objection to said request.

1

Finding that Defendant has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 10**] and extends the deadline for filing motions to **January 18, 2007**. The government's deadline for responding to any motion is likewise extended from January 18, 2007, to **February 1, 2007**. All other dates in this case, including the **February 5, 2007** pretrial conference, shall remain the same at this time.

    **IT IS SO ORDERED.**

    ENTER:

    　　s/ H. Bruce Guyton　　
    United States Magistrate Judge